## W. M. BERRY v. STATE.   (No. 10520.)

(Court of Criminal Appeals of Texas.   Dec. 22, 1926.)

Appeal from Criminal District Court, Tarrant County;   Geo. E. Hosey, Judge.

Wallace Malone and Mack Taylor, both of Forth Worth, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J.   The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment is regular and duly presented. The record is before us without statement of facts or bills of exceptions.

The judgment is affirmed.